THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| M.R., a minor, by and through his parents D.R. and M.R., <br><br> Plaintiffs, <br><br> v. <br><br> NORTHSHORE SCHOOL DISTRICT, <br><br> Defendant. | CASE NO. C19-0918-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to establish a briefing schedule (Dkt. No. 12). Finding good cause, the stipulated motion is GRANTED. Pursuant to the parties' stipulation, the Court ENTERS the following briefing deadlines:

| EVENT | DEADLINE |
|---|---|
| Plaintiffs file opening brief (not to exceed 48 pages) | No later than 45 days after certification of the administrative record |
| Defendant files opposition and cross-motion for summary judgment (not to exceed 48 pages) | No later than 30 days after Plaintiffs file opening brief |
| Plaintiffs file opposition to Defendant's cross-motion and reply (not to exceed 20 pages) | Due no later than 20 days after Defendant files opposition and cross-motion for summary judgment |

MINUTE ORDER
C19-0918-JCC
PAGE - 1

| Defendant files reply | Due no later than 20 days after Plaintiffs file opposition and reply |

The parties shall note their respective cross-motions for summary judgment on the date Defendant's reply is due.

DATED this 10th day of July 2019.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk