THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| M.R., a minor, by and through his parents D.R. and M.R., | CASE NO. C19-0918-JCC |
| Plaintiff, | |
| v. | MINUTE ORDER |
| NORTHSHORE SCHOOL DISTRICT, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motions to vacate status conference and to set a briefing schedule for the issue of attorney fees (Dkt. Nos. 15, 16). Having thoroughly considered the motions and finding good cause, the Court GRANTS the parties' stipulated motions. The status conference currently set for October 15, 2019, is hereby VACATED. Based on the parties' stipulation, the Court shall entertain a motion for Plaintiff's attorney fees following resolution of the merits of Plaintiff's appeal.

DATED this 9th day of October 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk